# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>EARL G. RICE, JR.<br>*Defendant(s)* | Case Number: 19-30167-SMY |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Earl G. Rice, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count 1, Enticement of a Minor in violation of 18:2422(b)
Count 2, Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18:2423(f) and 18:2423(b)
Count 3, Sexual Exploitation of a Minor in violation of 18:2251(a)

Date: December 11, 2019

By: *[signature]* Deputy Clerk
                        *Issuing officer's signature*

City and state: East St. Louis, IL          Margaret M. Robertie, Clerk of Court
                                                                      *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____          _____
                                                                            *Arresting officer's signature*

                                                                            *Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)