# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton  [X] East St. Louis

[X] Initial Appearance  [X] Arraignment  [ ] Detention Hearing

| | |
|---|---|
| **CRIMINAL NO.** 19-CR-30167-SMY | **DATE**: 12/27/2019 |
| USA v. EARL G. RICE, JR. | **JUDGE**: GILBERT C. SISON |
| [X] Present  [X] Custody  [ ] Bond | **DEPUTY**: DANA WINKELER |
| **DEFT. COUNSEL:** AFPD DAN CRONIN | **REPORTER:** STEPHANIE RENNEGARBE |
| [X] Present  [ ] Apptd.  [ ] Retained  [ ] Waived | |
| **GOVT. COUNSEL**: AUSA ALEXANDRIA BURNS | **Start Time**: 10:30 A.M. |
| | **End Time:** 10:45 A.M. |

Defendant appears in open Court with AFPD Dan Cronin and is sworn.

[X] Defendant declines representation from the Federal Public Defender and requests to represent himself for this criminal matter. Defendant also declines to complete the CJA 23 form. The Court appoints the Federal Public Defender as stand-by counsel.
[X] The Court reads the Indictment to Defendant in open court.
[X] Defendant advised of constitutional rights.
[X] Defendant advised of charges and penalties.

[X] A Plea of Not Guilty as to all counts in the Indictment is entered by the Court on behalf of Defendant.
[X] Order for Pretrial Discovery and Inspection will be entered.

**NEXT HEARING:**
**Final Pretrial Conference scheduled for February 13, 2020 at 10:00 a.m. and Jury Trial scheduled for February 24, 2020 at 9:00 a.m. both before U.S. District Judge Staci M. Yandle in the Benton Courthouse**

[X] The Court will set a Detention Hearing and Faretta Hearing by separate Notice.
[X] Defendant is remanded to the custody of USMS pending further proceedings.